IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0459

FILED

04/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0459

_____

B.Y.O.B., Inc., a Montana Corporation, JIM GLANTZ,
Individually and as PERSONAL REPRESENTATIVE
OF THE ESTATE OF DONNA GLANTZ, Deceased,
ON BEHALF OF THE ESTATE OF DONNA
GLANTZ, BARBARA RILEY, MEADOW LAKE
REAL ESTATE a/b/n of CYA, Inc., GILDO, LLC, a
Montana Limited Liability Company, TERIN
GILDEN, and NATHAN GILDEN,

      Plaintiffs and Appellants,

    v.

STATE OF MONTANA, a governmental entity; THE
MONTANA DEPARTMENT OF REVENUE, a
political subdivision of the State of Montana; and
DOES A-Z,

      Defendants and Appellees.

                                        O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for
submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the
Honorable Jon A. Oldenburg, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 28 2021